UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIANNIS ANTETOKOUNMPO

                    Plaintiff,

           - against -

KENNETH SEARCY

                  Defendant.

20 cv 5055 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: _____ 10/19/2020

JOHN G. KOELTL, District Judge:

This Court entered an Order to Show Cause why a Default Judgment should not be entered on September 9, 2020.  It was supported by a Clerk's Certificate of Default against the defendant Kenneth Searcy, doing business as Nomercy50, doing business as Musicarthistory. The defendant failed to respond to the Order to Show Cause for a Default Judgment. Therefore, the plaintiff is entitled to a Default Judgment. The matter is referred to the Magistrate Judge for an inquest to determine the appropriate judgment.

SO ORDERED.

Dated:     New York, New York
           October 19, 2020

                          John G. Koeltl
              United States District Judge