UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GIANNIS ANTETOKOUNMPO,

                                           Plaintiff,                 **ORDER**

                  -against-                                           20-CV-5055 (JGK) (KHP)

KENNETH SEARCY d/b/a NOMERCY50 d/b/a
MUSICARTHISTORY,

                                           Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me to conduct an inquest on damages.  (ECF No. 18.)  **By December 4, 2020**, Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law.  All proposed findings of fact must be supported by admissible evidence introduced through affidavit.  All proposed findings of law must be supported by reference to applicable law.  Claims for actual or statutory damages must be specified and supported with admissible evidence.  Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

      Plaintiff's Proposed Findings of Fact should specifically tie the proposed damages figure(s) to the legal claim(s) on which liability has been established; should demonstrate how plaintiff has arrived at the proposed damages figure(s); and should be supported by one or more affidavits, which may attach any documentary evidence establishing the proposed

damages.  Each Proposed Finding of Fact shall be followed by a citation to the paragraphs of the affidavit(s) and/or page of documentary evidence that supports each such Proposed Finding.

**By no later than November 3, 2020**, Plaintiff shall serve a copy of the Default Judgment issued by the Hon. John G. Koeltl in this matter, along with a copy of this Order via a method intended to ensure delivery to Defendant.  Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court.  Plaintiff shall serve a copy of all papers filed in connection with the damages inquest (as described in the first two paragraphs of this Order) on Defendant **by December 4, 2020**.

Defendant shall have until **January 4, 2021** to object or otherwise respond to Plaintiff's application for damages in connection with the default judgment.  Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A telephonic hearing will take place on **Wednesday, January 20, 2021 at 10 a.m.**  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.  The parties should call in to the Court's conference line on the scheduled date and at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

Dated: October 20, 2020
      New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

2