UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIANNIS ANTETOKOUNMPO,

              Plaintiff,      20 Civ. 5055 (JGK)

    - against -                ORDER

KENNETH SEARCY, doing business as
NOMERCY50, doing business as
MUSICARTHISTORY,

             Defendant.

---

JOHN G. KOELTL, District Judge:

    This Court having determined that the plaintiff was entitled to a default judgment against the defendant referred the matter to Magistrate Judge Parker for an inquest on damages. The Magistrate Judge issued a Report and Recommendation dated May 20, 2021. On June 3, 2021, this Court extended the time for any party to file objections to the Magistrate Judge's Report and Recommendation. The time for filing objections has passed with no objections having been filed and therefore any objections have been waived. In any event, the Court has reviewed the Report and Recommendation and finds that it is well founded. The plaintiff should submit a proposed judgment by July 1, 2021. The defendant may respond by July 6, 2021.

    SO ORDERED.

Dated:    New York, New York
           June 23, 2021

                                            John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-21