UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO, | Civil Case No.: 1:20-cv-5055-JGK-KHP |
| *Plaintiff*, | Hon. John G. Koeltl |
| -v- | ECF Case<br>Electronically Filed |
| KENNETH SEARCY d/b/a NOMERCY50<br>d/b/a MUSICARTHISTORY, | [~~PROPOSED~~] DEFAULT JUDGMENT |
| *Defendant*. | |

This action having been commenced on July 1, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant KENNETH SEARCY d/b/a NOMERY50 d/b/a MUSICARTHISTORY on August 6, 2020 by personally delivering a true copy of each to Defendant's place of residence, and proof of service having been filed on August 28, 2020 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgement against Defendant in the liquidated amount of $9,000 with interest at 3.14% from March 18, 2020, amounting to $9,235.50 plus costs and disbursements of this action in the amount of $9,730.20 amounting in all to $18,965.70.

IT IS FURTHER ORDERED, ADJUDGED: That the Defendant is enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing the 'GREEK FREAK' mark and using any mark that is confusingly similar to the marks at issue in

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

connection with the manufacture, promotion, sale and/or offering for sale of any products. The Defendant shall immediately recall all of the products bearing the 'GREEK FREAK' mark.

Dated: New York, New York

June 28, 2021

_____
U.S.D.J

This document was entered on the docket
On_____.